(Nos. 1605-1606—▮▮▮▮▮▮)

*Opinion filed September 8, 1931.*

GOODRICH SILVERTOWN, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Per Curiam:*

These two claims are for bills sold to the State by claimant aggregating in value $33.30. Since the claims were filed in

this court they have been paid by the Department of Conservation, and as the cause of action has been satisfied they are dismissed.